IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:15 cr 20 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | INFORMATION |
| | : | |
| D'LAQUAN MILLERTON-HART, | : | 18 U.S.C. § 661 |
| | : | 18 U.S.C. §§ 7 & 13 |
| Defendant | : | O.R.C. § 2913.03(B) |

---

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

On or about June 10, 2014, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, as defined in 18 U.S.C., § 7, the Defendant, D'LAQUAN MILLERTON-HART, did take and carry away, with intent to steal or purloin, personal property of another person, to wit: a credit card belonging to an individual with the initials "D.M." of a value not exceeding one-thousand dollars.

In violation of 18 U.S.C. § 661.

COUNT 2

On or about June 11, 2014, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, as defined in 18 U.S.C., § 7, the Defendant, D'LAQUAN MILLERTON-HART, did take and carry away, with intent to steal or purloin, personal property of another person, to wit: a motor vehicle belonging to an individual with the initials "K.B.", of value not exceeding one-thousand dollars.

In violation of 18 U.S.C. § 661.

COUNT 3

On or about June 11, 2014, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, D'LAQUAN MILLERTON-HART, did knowingly use or operate an aircraft, motor

vehicle, motorcycle, motorboat, or other motor-propelled vehicle without the consent of the owner or person authorized to give consent and either removed it from this state or kept possession of it for more than forty-eight hours.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2913.03(B).

CARTER M. STEWART
United States Attorney

LAURA I. CLEMMENS
Chief, Dayton Branch